UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICKY DEAN KELLY,

   Plaintiff,

v.                                      CASE NO. 3:25cv1649-MCR/HTC

BRYAN F. AYLSTOCK and
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC,

   Defendants.

## ORDER

I hereby recuse myself from presiding over the above listed case.

**DONE AND ORDERED** this 16th day of December 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**